UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DONALD ALVA OLIVER, | Case No. 2:17-cv-03008-MMD-CWH |
| Petitioner, | ORDER |
| v. | |
| BRIAN WILLIAMS, *et al.*, | |
| Respondents. | |

Petitioner has filed a document titled "Motion of Errata/Leave of Court to Supplement" (ECF No. 8). Therein, Petitioner states that he did not know that he needed to attach exhibits to his petition, or the Court would dismiss the action. The motion has two flaws. First, Petitioner still has not provided the Court with the exhibits that he wants to attach to the petition. Second, and more important, the Court does not require Petitioner to attach exhibits to his petition. Respondents will provide the relevant portions of the state-court record with their response to the petition, which leads to the next issue.

On May 25, 2018, the Court electronically served the petition upon Respondents and instructed them to file a response within 45 days. Not only have Respondents not filed a response, nobody from the Office of the Attorney General has entered a notice of appearance. The Court will try again.

It is therefore ordered that Petitioner's "Motion of Errata/Leave of Court to Supplement" (ECF No. 8) is denied.

///

///

1        It is further ordered that Respondents will have 30 days from the date of entry of

2  this order to file an answer or other response to the petition (ECF No. 7), in accordance

3  with the Court's earlier order (ECF No. 6).

4        DATED THIS 7th day of August 2018.

5

6                      MIRANDA M. DU
                    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28