UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONALD ALVA OLIVER,<br><br>　　　　　　　Petitioner,<br>　v.<br>BRIAN WILLIAMS, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 2:17-cv-03008-MMD-CWH<br><br>ORDER |

On May 25, 2018, the Court electronically served Respondents with the petition and directed a response. (ECF No. 6.) Respondents did not respond. On August 7, 2018, the Court electronically served Respondents with another order and directed a response. (ECF No. 9.) Respondents again failed to respond. The email address that the Court used to serve Respondents is a generic address that the Court has used successfully in other cases, both before and after the attempts to serve Respondents in this case. The Court will again give Respondents the opportunity to respond.

It is therefore ordered that the Clerk of the Court change counsel for Respondents to Aaron D. Ford, Attorney General of the State of Nevada.

It further is ordered that the Clerk electronically serve a copy of this order and the petition (ECF No. 7) upon Respondents.

It is further ordered that Respondents will have 45 days from the date of entry of this order to file an answer or other response to the petition (ECF No. 7), in accordance with the Court's earlier order (ECF No. 6).

DATED THIS 8th day of May 2019.

　　　　　　　　　　　　　　　　　　　　　　　　
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE