UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| DONALD ALVA OLIVER, | Case No. 2:17-cv-03008-MMD-CWH |
|---|---|
| Petitioner, | ORDER |
| v. | |
| BRIAN WILLIAMS, *et al.*, | |
| Respondents. | |

Petitioner having filed a motion requesting extension of time (ECF No. 15), and good cause appearing;

It is therefore ordered that Petitioner's motion requesting extension of time (ECF No. 15) is granted. Petitioner will have through August 23, 2019, to file and serve a response to the motion to dismiss (ECF No. 12).

DATED THIS 3rd day of July 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE