UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| DONALD ALVA OLIVER, | Case No. 2:17-cv-03008-MMD-DJA |
|---|---|
| Petitioner, | ORDER |
| v. | |
| BRIAN WILLIAMS, *et al.*, | |
| Respondents. | |

Respondents have filed a motion for enlargement of time (third request) (ECF No. 28), which the Court finds good cause to grant.

It is therefore ordered that Respondents' motion for enlargement of time (ECF No. 28) is granted. Respondents will have up to and including July 2, 2020, to file and serve an answer to the petition (ECF No. 7).

DATED THIS 30th day of June 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE